IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRADLEY V., § | |
|     PLAINTIFF, § | |
| § | |
| V. § | CASE NO. 3:23-CV-1504-B-BK |
| § | |
| COMMISSIONER, SOCIAL SECURITY § | |
| ADMINISTRATION, § | |
|     DEFENDANT. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

    United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, *Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act*, Doc. 23, is **GRANTED** in the amount of $8,460.00.

`    **SO ORDERED** this 5th day of May, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE